**Quarles & Brady** LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff M&I Marshall & Ilsley Bank

John Maston O'Neal (#015945)
john.oneal@quarles.com
Lauren Elliott Stine (#025083)
lauren.stine@quarles.com
Scott Simonson (#027439)
scott.simonson@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M&I Marshall & Ilsley Bank, a Wisconsin Banking Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Gregory G. McGill and Jane Doe McGill, husband and wife,<br><br>        Defendants. | NO.<br><br>**COMPLAINT**<br><br>(Breach of Contract) |

Plaintiff M&I Marshall & Ilsley Bank, for its claims for relief against Defendants Gregory G. McGill and Jane Doe McGill, alleges as follows:

**THE PARTIES**

1.     Plaintiff M&I Marshall & Ilsley Bank ("M&I") is a Wisconsin banking corporation, authorized to do business and doing business in Maricopa County, Arizona. M&I's principal place of business is in Wisconsin.

2.     Upon information and belief, Defendants Gregory G. McGill ("McGill") and Jane Doe McGill (collectively, "Defendants"), husband and wife, are residents of

Maricopa County, Arizona.

3. Upon information and belief, Mr. McGill undertook the actions alleged herein for his own benefit and for that of his marital community with Jane Doe McGill.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. This Court has personal jurisdiction over McGill.

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(a). The acts complained of occurred, in substantial part, in Maricopa County, Arizona, and McGill resides in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

7. On or about April 21, 2006, McGill borrowed the principal amount of $877,500 from M&I (the "Loan"). Pursuant to the Loan, McGill executed and delivered to M&I a Mortgage Note (the "Mortgage Note") and a Deed of Trust (the "Deed of Trust"), pursuant to which McGill agreed to certain obligations, including but not limited to the repayment of the Loan on or before May 1, 2009. Complete and authentic copies of the Mortgage Note and Deed of Trust are attached hereto as Exhibits "A" and "B", respectively.

8. On or about May 1, 2009, McGill executed and delivered to M&I a "Change in Terms Agreement" (referred to collectively with the Mortgage Note, as the "Note") pursuant to which McGill agreed to certain amendments and/or modifications of the Mortgage Note, including but not limited to the repayment of the Loan on before May 1, 2010, in thirty-five (35) consecutive monthly payments commencing on June 1, 2009. A complete and authentic copy of the Change in Terms Agreement is attached hereto as Exhibit "C". The Note and Deed of Trust are referred to herein collectively as the "Loan

1 | Documents."

2 |     9.    McGill defaulted on his obligations under the Loan Documents by, among other things, failing to make payments when due as of April 1, 2010, May 1, 2010, and June 1, 2010 (the "Defaults").

    10.    M&I gave notice to McGill of the Defaults. McGill refused to cure the Defaults.

    11.    The Loan has been accelerated and is due in full. As of July 7, 2010, the total indebtedness that McGill owed to M&I under the Loan Documents was at least the following unpaid amounts:

| | |
|---|---:|
| Principal balance: | $864,398.99 |
| Accrued Interest: | $18,908.73 |
| <u>Miscellaneous Fees and Expenses:</u> | <u>$1,755</u> |
| **Total:** | **$885,062.72** |

(hereinafter, the "Indebtedness").

    12.    Additional interest has accrued since July 7, 2010, and will continue to accrue, on the unpaid obligations at the interest rate defined in the Loan Documents and additional expenses will be incurred, including but not limited to attorneys' fees and costs, until the Loan is paid in full.

    13.    Despite demand for payment made by M&I, McGill has failed and/or otherwise refused to pay the Indebtedness owed under the Loan Documents.

    14.    Pursuant to the terms of the Loan Documents, McGill is required to pay all costs of collection, including reasonable attorneys' fees, incurred by M&I in this matter. Accordingly, pursuant to the Loan Documents, M&I is entitled to recover its reasonable attorneys' fees, court costs, pre- and post-judgment costs of collection, and other expenses incurred herein.

    15.    Alternatively, M&I is entitled to recover its attorneys' fees incurred in this

1  matter under A.R.S. § 12-341.01 because it arises out of contract.

## FIRST CLAIM FOR RELIEF
### (Breach of Promissory Note)

16. M&I incorporates by reference paragraphs 1 through 15 above as though fully set forth herein.

17. The Loan Documents constitute a valid and enforceable contract between M&I and McGill.

18. M&I has fully performed its obligations under the Loan Documents.

19. McGill has breached the terms of the Loan Documents by, among other things, failing to pay amounts due and owing thereunder, as set forth herein.

20. M&I is entitled to recover its reasonable attorneys' fees, court costs, pre- and post-judgment costs of collection, and other expenses incurred herein pursuant to the Loan Documents and A.R.S. § 12-341.01.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff M&I respectfully requests judgment against Defendants as follows:

   A. For the principal sum of $864,398.99;

   B. For accrued interest in the amount of $18,908.73 as of July 7, 2010;

   C. For award of additional interest, both pre and post judgment, at the default rate as defined in the Loan Documents, on the foregoing principal sum until paid in full;

   D. For an award of miscellaneous fees and expenses as allowed under the Loan Documents;

   E. For an award of M&I's collection costs, attorneys' fees, and court costs incurred herein;

   F. For an award of interest on all amounts awarded in a judgment at the highest rate allowed under law until paid in full;

| | | |
|---|---|---|
| 1 | G. | For an award of post-judgment costs of collection, expenses, attorneys' fees; |
| 2 | H. | For all other and further relief available under law and equity. |

**DATED** this 7th day of July, 2010.

> Quarles & Brady LLP
> One Renaissance Square
> Two North Central Avenue
> Phoenix, Arizona  85004-2391
>
>
> By */s/ Lauren Elliott Stine*
>     John Maston O'Neal
>     Lauren Elliott Stine
>     Scott Simonson
>
> Attorneys for Plaintiff M&I Marshall & Ilsley Bank